UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60358-CIV-MIDDLEBROOKS/JOHNSON

ROY E. KIRKLAND, JR.,

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.

_____/

## ORDER

    THIS CAUSE comes before the Court upon the Notice of Settlement (DE 7), filed on April 17, 2008.  The Notice of Settlement indicates that the parties have settled their dispute and will submit the necessary paperwork to the Court within ten working days.  The Court congratulates the parties for the amicable resolution of this matter.  Accordingly it is hereby

    ORDERED AND ADJUDGED that the parties shall file all appropriate pleadings to conclude this matter on or before 5:00 p.m. on April 28, 2008.  The Court reminds the parties that all deadlines remain in full force and effect until the filing of the appropriate pleadings.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 19TH day of April, 2008.

    _____
    DONALD M. MIDDLEBROOKS
    UNITED STATES DISTRICT JUDGE

Copies to counsel of record