UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60358-CIV-MIDDLEBROOKS/JOHNSON

ROY E. KIRKLAND, JR.,

    Plaintiff,

v.

ALLIED INTERSTATE, INC.,

    Defendant.

_____/

### ORDER

THIS CAUSE comes before the Court upon the parties' Stipulation for Dismissal with Prejudice (DE 9), filed on April 24, 2008. Having reviewed the Joint Stipulation and the file in this case, it is hereby

ORDERED AND ADJUDGED that the parties' Stipulation for Dismissal with Prejudice (DE 9) is APPROVED. This case is DISMISSED WITH PREJUDICE. Each party will bear its own attorney's fees and costs, except as otherwise agreed by the parties. The Clerk of Court shall CLOSE THIS CASE. All pending motions are DENIED AS MOOT.[1]

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 25 day of April, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record

CLOSED CIVIL CASE

---

[1] This includes Defendant's Motion to Dismiss Complaint (DE 5), filed on April 7, 2008.